**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE RAKOFF

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :     **NOTICE OF INTENT
                                      TO FILE AN INFORMATION**

      - v. -                    :

ZAHID ANWAR,                    :     08 Cr. __

              Defendant.              **08 CRIM 589**

- - - - - - - - - - - - - - - - - -x

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: June 20, 2008
New York, NY

                                      MICHAEL J. GARCIA
                                      United States Attorney

                                By:   _____
                                      Arlo Devlin-Brown
                                      Assistant United States Attorney

                                      AGREED AND CONSENTED TO:

                                By:   _____
                                      Sabrina Shroff
                                      Attorney for Defendant

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JUN 20 2008]