```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 30 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :     INFORMATION
        -v-                       :
                                  :     **08 CRIM 589**
ZAHID ANWAR,                      :
    a/k/a "Haji,"                 :
                    Defendant.    :
                                  :
- - - - - - - - - - - - - - - - - - x

### COUNT ONE

(CONSPIRACY)

The United States Attorney charges:

1.   From in or about 1999, up to and including at least in or about August 2005, in the Southern District of New York and elsewhere, ZAHID ANWAR, a/k/a Haaji," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Section 1324(a)(2)(B)(ii) of Title 8, United States Code.

2.   It was a part and an object of said conspiracy that, ZAHID ANWAR, a/k/a "Haaji," the defendant, and others known and unknown, knowing that certain individuals from Pakistan were aliens and knowing and in reckless disregard of the fact that those aliens had not received prior official authorization to come to, enter, and reside in the United States, unlawfully, willfully, and knowingly would and did bring to and attempt to bring to the United States those aliens, for the purpose of

commercial advantage and private financial gain, in violation of Section 1324(a)(2)(B)(ii) of Title 8, United States Code.

## OVERT ACT

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

a. On or about November 28, 2004, ZAHID ANWAR, a/k/a "Haaji," the defendant, transported a Pakistani citizen who had been smuggled into the United States from Washington, D.C., to the vicinity of Newbold Avenue, in the Bronx, New York.

(Title 18, United States Code, Section 371).

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

**June 30, 2008**     U.S.A. v. ZAHID ANWAR     08 Cr. _____ (JSR)



**Waiver of Indictment and Information filed.**
Deft present with atty Sabrina Shroff, Ausa John Zach for Ausa Devlin Brown, Court reporter Joanne Mancari and Hindi Interpreter.
The deft entered a plea of not guilty. Discovery is to be completed by August 11th.
The Court scheduled another pre-trial conference for August 11th at 12:30 p.m.
Time until August 11th is excluded in the interest of justice pursuant to 18 U.S.C. 3161.
The deft continued released on bail.

**RAKOFF, J.**