JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:                      08 CRIM 589
UNITED STATES OF AMERICA            :
                                    :   **WAIVER OF INDICTMENT**
            - v. -                  :
                                    :   08 Cr. ___
ZAHID ANWAR,                        :
                                    :
            Defendant.              :
------------------------------------x

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.



                                        ZAHID ANWAR
                                        Defendant

                                        Witness

                                        Counsel for Defendant

Date:  New York, New York
       June 30, 2008